

# APRIL 1987 CALENDAR

From: The District Court of the First Judicial District, County of Lewis & Clark , STATE OF MONTANA, Plaintiff vs. STEPHEN EUGENE FARRELL, Defendant.

## DECISION

No. 5030

The application of the above-named defendant for a review of the sentence of 8 years for Theft/Common Scheme imposed on September 11, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Keith Christie of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Robert Boyd, Douglas Harkin, Judges.

From: The District Court of the Eighth Judicial District, County of Cascade, STATE OF MONTANA, Plaintiff vs. THOMAS EDWARD REDMOND, Defendant.

## DECISION

No. ADC-84-165b

The application of the above-named defendant for a review of the sentence of 40 years for Attempted Deliberate Homicide; 5 years for Persistent Felony Offender; and 5 years for the Use of a Dangerous Weapon; All sentences shall be served consecutively for a total of 50 years imposed on February 26, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Patti Jensen of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 2nd day of April, 1987.

### SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.